IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DYLAN S., by and through his mother, TERRI K.; H.D., by and through his father, N.D., <br><br> Plaintiffs, <br><br><br><br><br> vs. <br><br> DEPARTMENT OF EDUCATION, State of Hawai'i; KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawai'i Public Schools, <br><br> Defendants. <br> _____ | CIV.  NO.  14-00120 ACK-KSC |

ORDER DISMISSING PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION

On May 23, 2014, the Court held a status conference. (Doc. No. 20.)  At the May 23, 2014 status conference, James Paige, Counsel for OAH, notified the Court that he will contact former Hearings Officer Haunani H. Alm and inquire whether she is able to issue a written decision with respect to Plaintiff Dylan's due process hearing. The Court directed Mr. Paige to contact the Court as soon as possible with an update on this matter.

On June 17, 2014, Mr. Paige informed the Court that former Hearings Officer Alm has signed a temporary employment contract and begun working on the decision.

At this point, no decision has been entered in the administrative proceeding and accordingly there has been no

appeal of any decision which would vest jurisdiction in this Court. Therefore, the Court deems Defendants' Motion for Summary Judgment filed May 6, 2014 (Doc. No. 11) and Plaintiffs' Motion for Preliminary Injunction filed May 16, 2014 (Doc. No. 15) moot and withdrawn. Any party may file an appeal once former Hearings Officer Alm issues her decision.[1]

For the foregoing reasons, the Court will dismiss Plaintiffs' Complaint for lack of jurisdiction. If any party has objections to this Order, they may file a motion for reconsideration within fourteen days of this Order.

IT IS SO ORDERED.

Dated:  Honolulu, Hawai'i, June 17, 2014.



_____
Alan C. Kay
Senior United States District Judge

S. et al.  v. Department of Education, et al., Civ. No. 14-00120 ACK-KSC:  Order Dismissing Plaintiffs' Complaint For Lack of Jurisdiction

---

[1] The Court determines that this matter may be addressed without a hearing, pursuant to D. Haw. Local Rule 7.2(e).